■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD BOUKNIGHT, Appellant, v JOSEPH McCOY, as Superintendent of Cayuga Correctional Facility, Respondent. [715 NYS2d 355] —Judgment unanimously affirmed without costs (*see, People ex rel. Santoro v Hollins*, 273 AD2d 829). (Appeal from Judgment

of Supreme Court, Cayuga County, Corning, J.—Habeas Corpus.) Present—Pigott, Jr., P. J., Green, Pine, Balio and Lawton, JJ.